IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>SARA LEE CORPORATION, ET. AL.,<br><br>    Defendants._____/ | No. C 11-06146 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant filed a Notice of Removal of this Action on December 7, 2011, dkt. 1, and filed a Certificate of Service of the Notice on December 9, 2011. Dkt. 5. Defendant filed a Motion to Dismiss on December 14, 2011. Dkt. 6. Plaintiff's response was due December 28, 2012. Plaintiff has failed to file any response.

    Accordingly, Plaintiff is ORDERED to show cause why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file his response to this Order, along with any materials he would like the Court to consider in ruling on Defendant's motion, by Tuesday, January 10, 2012 at 5:00 p.m.

//
//
//
//

Defendants may file a reply, if any, by Friday, January 13, 2012 at 5:00 p.m. Failure to respond to this Order could result in the dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: January 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE