1  DANIELLE OCHS-TILLOTSON, State Bar No. 178677
   dot@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Defendant
7  EARTHGRAINS BAKING COMPANIES, INC.
   (erroneously sued as "Sara Lee Corporation")
8

9                 **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | JOHN YOUNG, | Case No. C 11-06146 CRB |
   |---|---|
13 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
   |  | **ORDER OF DISMISSAL OF THE ENTIRE** |
14 | vs. | **ACTION WITH PREJUDICE PURSUANT** |
   |  | **TO FRCP 41(a)** |
15 | SARA LEE CORPORATION, an Illinois corporation; CARI OLINGER, an individual; and DOES 1 through 100, inclusive, | Action Filed: October 14, 2011 |
16 |  | Trial Date:    None set |
17 | Defendants. |  |

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

11583077_1.DOC                                                            Case No. C 11-06146 CRB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE
ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)

**IT IS HEREBY STIPULATED** by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

DATED: January 11, 2012         LAW OFFICES OF JOSEPH M. LOVRETOVICH


By: _____/s/ Christopher W. Taylor_____
JOSEPH M. LOVRETOVICH
CHRISTOPHER W. TAYLOR
Attorneys for Plaintiff JOHN YOUNG

DATED: January 11, 2012         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____/s/ Gregory C. Cheng_____
DANIELLE OCHS-TILLOTSON
GREGORY C. CHENG
Attorneys for Defendant EARTHGRAINS BAKING COMPANIES, INC.

## ~~PROPOSED~~ ORDER

IN LIGHT OF THE FOREGOING AND GOOD CAUSE APPEARING, it is hereby ordered that the instant action is dismissed with prejudice as to all parties and as to all causes of action. It is further ordered that each parties shall bear their own costs and attorneys' fees.

Dated: _January 13, 2012_____

_____
The Honorable Charles R. Breyer
USDC Northern District of California

*IT IS SO ORDERED — Judge Charles R. Breyer*